**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Tony Al-Beshrawi,** | ) | **CASE NO. 5:06 CV 2114** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Gail Arney, et al.,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendants.** | ) | |

This matter is pending before the Court upon plaintiff's Sixth Motion to Remand (Doc. 28). It appears that the instant motion may have been mailed by plaintiff prior to his receipt of this Court's Memorandum of Opinion and Order dated October 30, 2006, in which the Court denied plaintiff's first five motions to remand. For the reasons stated in that opinion, plaintiff's Sixth Motion to Remand is DENIED.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 11/3/06

1