# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONY AL-BESHRAWI** | ) | Case No. 5:06cv2114 |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **GAIL ARNEY, in Her Individual and** | ) | |
| **Personal Capacity, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that "Substituted Defendant United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction" (Docket No. 24), and "Federal Defendants' Motion to Dismiss Constitutional & Privacy Act Claims against the Individual Defendants" (Docket No. 25) are hereby granted.  This action is dismissed against all defendants.

  **IT IS SO ORDERED**.


Dated:  April 27, 2007                    *s/ Sara Lioi*
                                           Sara Lioi
                                           United States District Judge